UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GILBERT FRANCIS COLON, | Case No. EDCV 09-89-VAP(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL A. SMELOSKY, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: February 19, 2010

_/s/ Virginia A. Phillips_
Virginia A. Phillips
United States District Judge